**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF OKLAHOMA**

ANITA BUSBY, an individual, )
)
Plaintiff, )
) Case No. 16-CV-00470-TCK-TLW
v. )
)
TULSA FEDERAL CREDIT UNION, )
)
Defendant. )

## JOINT STIPULATION OF DISMISSAL

COME NOW both parties in the above-styled action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice to future filing, with each party to bear her or its own costs.

Respectfully submitted,

| /s/David Warta | /s/Denelda Richardson |
|---|---|
| David Warta, OBA #20361 | Denelda Richardson, OBA #20103 |
| (*signed by filing attorney with permission of Plaintiff's attorney*) | Rhodes, Hieronymus, Jones, Tucker & Gable, P.L.L.C. |
| Smolen, Smolen & Roytman, PLLC | P.O. Box 21100 |
| 701 S. Cincinnati Ave. | Tulsa, Oklahoma 74121-1100 |
| Tulsa, OK 741119 | Phone (918) 582-1173 |
| Phone: (918) 585-2667 | Facsimile (918) 592-3390 |
| Facsimile: (918) 585-2669 | drichardson@rhodesokla.com |
| davidwarta@ssrok.com | ***Attorney for Defendant, Tulsa Federal Credit Union*** |
| ***Attorney for Plaintiff, Anita Busby*** | |

## **CERTIFICATE OF SERVICE**

      I certify that on March 14, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David Warta
*Attorneys for Plaintiff*

                                          /s/Denelda Richardson
                                          Denelda Richardson